UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

DAVID SCHWARTZ, Individually and On Behalf of
All Others Similarly Situated,

                                    Plaintiff,

        - against -

CONCORDIA INTERNATIONAL CORP., MARK
THOMPSON, and ADRIAN DE SALDANHA,

                                  Defendants.

------------------------------------------------------------- x

Civil Action No. 17-cv-4632
(GHW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2017

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT plaintiff David Schwartz hereby voluntarily dismisses his complaint in the above-entitled action without prejudice. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

Dated: June 27, 2017

                                    BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

                                    By: _____
                                    Peretz Bronstein (PB8628)
                                    Yitzchak Eliezer Soloveichik (YS3684)
                                    60 East 42nd Street, Ste. 4600
                                    New York, New York 10165
                                    (212) 697-6484
                                    soloveichik@bgandg.com
                                    *Attorneys for Plaintiff David Schwartz*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i).

The Clerk of Court is directed to close this case.

Dated: June 28, 2017
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge